**Opinion issued April 14, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00047-CV

———————————

## IN RE MAROPCO, INC., Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator, MarOpCo, Inc., has filed a petition for a writ of mandamus challenging an "Amended Protective Order," an "Order Denying Plaintiffs' Motion for Expedited Discovery," and oral rulings and findings.[1]

---

[1] The underlying case is *Preston Marshall, Individually and Rusk Capital Management, L.L.C. v. MarOpCo, Inc.*, cause no. 2015-35950, in the 11th District Court of Harris County, Texas, the Honorable Mike D. Miller, presiding.

We deny the petition, and dismiss as moot relator's motion for temporary relief and all other pending motions.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.